UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN FELDER,

            Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

            Defendant.
_____/

Case No. 13-12573

Paul D. Borman
United States District Judge

Michael Hluchaniuk
United States Magistrate Judge

OPINION AND ORDER:
(1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (Dkt. No. 13);
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 9);
AND (3) GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (Dkt. No. 12)

      On July 11, 2014, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation addressing the outstanding motions in this action. (Dkt. No. 13). In the Report and Recommendation, the Magistrate Judge recommends that this Court deny Plaintiff's motion for summary judgment. (Dkt. No. 9). Further, the Magistrate Judge recommends that this Court grant Defendant's motion for summary judgment. (Dkt. No. 12).

      Having thoroughly reviewed the Report and Recommendation, the parties' cross-motions for summary judgment and the record as a whole, and there being no timely objections from either party pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court will adopt the Magistrate Judge's Report and Recommendation.

      Therefore, the Court ADOPTS the Magistrate Judge's Report and Recommendation (Dkt.

No. 13), GRANTS Defendant Commissioner's Motion for Summary Judgment (Dkt. No. 12), DENIES Plaintiff's Motion for Summary Judgment (Dkt. No. 9), and DISMISSES this action with PREJUDICE.

This Order closes this case in this Court at this time.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 31, 2014.

s/Deborah Tofil
Case Manager